UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JOSHUA BLAINE CHRISTENSEN,<br><br>        Defendant. | Case No. CR04-430-RSL<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on December 8, 2008. The United States was represented by Assistant United States Attorney John O-Dell, and the defendant by Mr. Allen Bentley.

The defendant had been charged and convicted of Mail Theft, in violation of 18 U.S.C. § 1708. On or about April 1, 2005, defendant was sentenced by the Honorable Robert S. Lasnik to a term of one (1) year and one (1) day in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse and mental health programs, financial disclosure, $1,000 restitution, search and restricted employment.

In a Petition for Warrant or Summons, dated December 5, 2008, U.S. Probation Officer Calvin K. Bouma, Jr. asserted the following violations by defendant of the conditions

of his supervised release:

    (1) Failure to appear for drug testing on June 30, July 01, July 18, August 22, October 3, and November 4, 2008, in violation of the special condition that he participate in a program for the treatment of drug dependency to include testing.

    (2) Using marijuana and ecstacy on or about September 16, 2008, and marijuana and cocaine on or about October 17, 2008, in violation of standard condition number 7.

    (3) Failure to follow the instructions of the probation officer on or about November 25, and December 2, 2008, in violation of standard condition number 3.

The defendant was advised of his rights, acknowledged those rights, and admitted to the three alleged violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1, 2 and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on December 19, 2008, at 10:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 8th day of December, 2008.

                              /s/ James P. Donohue
                              JAMES P. DONOHUE
                              United States Magistrate Judge

cc:   District Judge:         Honorable Robert S. Lasnik
      AUSA:                 Mr. John O'Dell
      Defendant's attorney:   Mr. Allen Bentley
      Probation officer:      Mr. Calvin Bouma