UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, ) CASE NO. CR04-430-RSL
)
    Plaintiff, )
)
v. ) SUMMARY REPORT OF U.S.
) MAGISTRATE JUDGE AS TO
JOSHUA BLAINE CHRISTENSEN, ) ALLEGED VIOLATIONS
) OF SUPERVISED RELEASE
    Defendant. )
_____ )

An initial hearing on supervised release revocation in this case was scheduled before me on October 2, 2009. The United States was represented by AUSA William Redkey and the defendant by Allen Bentley. The proceedings were digitally recorded.

Defendant had been sentenced on or about April 1, 2005 by the Honorable Robert S. Lasnik on a charge of Theft of Mail, and sentenced to one year and one day custody with credit for time served, three years supervised release. (Dkt. 37.)

The conditions of supervised release included the standard conditions plus the requirements that defendant cooperate in the collection of DNA, be prohibited from possessing a firearm, submit to mandatory drug testing, abstain from alcohol, participate in a drug treatment program, submit to search, pay restitution in the amount of $1,000, provide access to financial information, be prohibited from incurring new credit obligations, be restricted from employment

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

that allows access to customers' personal financial information, be prohibited from possessing any identification documents in any but defendant's true identity, and cooperate with the I.R.S. and pay all outstanding tax liabilities.

Defendant's probation officer reported on January 31, 2006 that defendant failed to report for drug testing on five occasions. (Dkt. 38.) No action was taken at the time. On February 8, 2006, defendant's probation officer reported that defendant had tested positive for marijuana. He was reprimanded, placed in a structured testing program, and referred for professional assessment, counseling and intensive outpatient treatment. (Dkt. 39.) On April 17, 2006, defendant's supervised release was modified to require participation in the home confinement program with electronic monitoring for up to 60 days. The frequency of drug testing was also specified. (Dkt. 40.)

On January 27, 2007, defendant admitted to violating the conditions of supervised release by failing to appear for drug testing, failing to engage in drug treatment, failing to report to his probation officer as directed and committing the crime of possession of stolen property, first degree. (Dkt. 48.) He was sentenced to six months in custody plus twenty four months supervised release. (Dkt. 49.)

On December 8, 2008, defendant admitted to violating the conditions of supervised release by failing to appear for drug testing, using marijuana and ecstacy, and failing to follow the instructions of his probation officer. (Dkt. 54.) He was sentenced to three months in custody, plus twenty months supervised release. He was ordered to reside in and satisfactorily participate in a residential reentry center program for up to 180 days. (Dkt. 63.)

In an application dated August 31, 2009 (Dkt. 64), U.S. Probation Officer Calvin K.

Bouma, Jr. alleged the following violations of the conditions of supervised release:

1. Failing to appear for drug testing on August 24, 2009 in violation of the special condition that he participate in a program for the treatment of drug dependency to include testing.

2. Using methamphetamine and cocaine on or before August 16, 2009, and methamphetamine and marijuana on or about August 27, 2009, in violation of standard condition number 7.

3. Failing to participate in substance abuse treatment on or about August 19, 20, 24, 26 and August 27, 2009, in violation of the special condition requiring him to do so.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

Pending a final determination by the Court, defendant has been detained.

DATED this 2nd day of October, 2009.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
AUSA: William Redkey
Defendant's attorney: Allen Bentley
Probation officer: Calvin K. Bouma, Jr.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3